IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DERRICK A. GORDON,

    Plaintiff,

v.                                                   4:18cv113–WS/CAS

JULIE L. JONES,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S SECOND REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation (doc. 20) docketed November 14, 2018. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim. The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the court finds that the magistrate judge's second report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's second report and recommendation (doc. 20) is

hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's second amended complaint and this action are DISMISSED for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this ___18th___ day of ___December___, 2018.

                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE